UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Jacqueline Stevens

                          Plaintiff,

v.                                           Case No.: 1:20−cv−02725
                                              Honorable Mary M.
                                              Rowland

United States Department of Homeland Security,
et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 27, 2020:

      MINUTE entry before the Honorable Mary M. Rowland: The court has reviewed the joint status report. Plaintiff has propounded written discovery requests relating to Count II. Defendant will respond to the discovery requests by November 6, 2020. Parties shall file a further status report by 12/22/20. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.