UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 20 C 2725 |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | Judge Rowland |
| SECURITY, IMMIGRATION AND ) | |
| CUSTOMS ENFORCEMENT, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Per the court's September 7, 2022 minute entry (Dkt. 46), the parties in this Freedom of Information Act case jointly submit this status report.

1. Since the parties' August 29 status report (Dkt. 44), ICE has issued two additional productions, bringing the total number of productions to 22.

2. The court has ordered ICE to increase its processing rate to 700 pages per month beginning with ICE's November production.

3. The parties suggest that they file another status report on January 31, 2022, at which point the parties should have a realistic sense of when the production will be complete.

    Respectfully submitted,

    JOHN R. LAUSCH, Jr.
    United States Attorney

    By: s/ Alex Hartzler
       ALEX HARTZLER
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 886-1390
       alex.hartzler@usdoj.gov

    s/ Nicolette Glazer
    NICOLETTE GLAZER
    Attorney for Plaintiff
    Law Office of Larry R. Glazer
    Watt Plaza
    1875 Century Park East #700
    Century City, California 90067
    (708) 435-0404
    nicolette@glazerandglazer.com