UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jacqueline Stevens

                                            Plaintiff,

v.                                                                           Case No.: 1:20−cv−02725
                                                                          Honorable Mary M. Rowland

United States Department of Homeland Security, et al.

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 22, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: Agreed motion to extend time [55] is granted. Summary Judgment briefing schedule is amended as follows: ICE to move for summary judgment by July 28, 2023; (2) plaintiff to file her consolidated response to ICE's motion and memorandum in support of her own motion for summary judgment by August 25, 2023; (3) ICE to file a consolidated reply in support of its motion and response to plaintiff's motion by September 15, 2023; and (4) plaintiff to reply in support of her motion by October 5, 2023. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.