UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jacqueline Stevens

          Plaintiff,

v.          Case No.: 1:20−cv−02725
          Honorable Mary M. Rowland

United States Department of Homeland Security, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 8, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: The Court grants Plaintiff's unopposed motion for extension of time [78]. Plaintiff's response due 6/21/24; Defendant's reply due 7/22/24; Plaintiff's reply to the cross−motion due on 8/5/24. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.