UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20 C 2725 |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) ) ) | Judge Rowland |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

At the court's direction (Dkt. 105), the parties in this Freedom of Information Act case jointly submit this status report.

1. The court directed ICE to complete its re-processing and re-production of redacted pages by October 30, 2025, and to complete the processing and production of the newly identified pages by December 15, 2025. Dkt. 99.

2. General Order 25-0028 extended all deadlines in civil cases involving the U.S. Attorney's Office by 49 days. The new deadline for processing and producing the newly identified pages accordingly became February 2, 2026.

3. ICE represents that it expects to complete the production on schedule.

4. The parties suggest that plaintiff be allowed sufficient time to review the final production before the parties determine what steps, if any, remain to be taken.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Alex Hartzler
    ALEX HARTZLER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1390
    alex.hartzler@usdoj.gov

 s/ Nicolette Glazer
NICOLETTE GLAZER
Attorney for Plaintiff
Law Office of Larry R. Glazer
Watt Plaza
1875 Century Park East #700
Century City, California 90067
(708) 435-0404
nicolette@glazerandglazer.com