## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Jacqueline Stevens

Plaintiff,

v.

Case No.: 1:20–cv–02725
Honorable Mary M.<br>Rowland

United States Department of Homeland Security,
et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 17, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: Telephonic status hearing held. Parties report on the status of the case and discovery. Government reports that production has been completed. Plaintiff's counsel reports that it appears some of the pages were not bates stamped and they are having some complications with matching the production. Ms. Glazer to confer with client and produce declaration to Mr. Hartzler by 4/7/26. Mr. Hartzler to file a status report by 6/15/26 updating the court on whether more time is needed whether the parties are at an impasse. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.