JACQUELINE STEVENS,           )
                                         )
           Plaintiff,       )
                                         )
          v.             )   No. 20 C 2725
                                         )
UNITED STATES U.S. DEPARTMENT OF  )   Hon. Judge Rowland
HOMELAND SECURITY,                  )
IMMIGRATION AND CUSTOMS         )
ENFORCEMENT, ET AL              )

              Defendants

## **Declaration of Jacqueline Stevens**

I, Jacqueline Stevens, state and declare under penalty of perjury that the following is true and correct:

1.     I am the plaintiff in the above-captioned case.

2.     I make this declaration based on personal knowledge and observations as stated herein. If called to testify, I could and would testify to each of the facts stated within this Declaration.

3.     I received via e-mail on June 16, 2026, as attachments, a 61-page PDF and five Excel spreadsheets.

4.     Attached as Exhibit A is the 61-page PDF I received from ICE on June 16, 2026.

5.     Attached as Exhibit B is a true and correct copy of a screenshot of the sheet for the first tab of the Excel spreadsheet for the Joe Corley Detention Facility I received from ICE on June 16, 2026.

6.      Attached as Exhibit C is a true and correct copy of a screenshot of the tabs of the Excel spreadsheet I received on June 16, 2026, from ICE for the Hudson County jail.

7.      Attached as Exhibit D is a PDF of the cover letter for the attached records, dated June 16, 2026, and digitally signed by Rolando Velasco Jr., Litigation Team Supervisor.

Dated: June 29, 2026

JACQUELINE STEVENS
601 University Place
Second Floor, Political Science Department
Evanston, Illinois  60208
(847) 467-2093
jacqueline-stevens@northwestern.edu