EXHIBIT B



ICE: Detention Services Cost Statement (DSCS)

This Detention Services Cost Statement is mandatory for all applicants requesting a new detention contract or housing rate modification to complete this document in its entirety. This Excel document contains various tab that contain schedules that will assist ICE's Contracting Officers with their fair and reasonable determinations and negotiations. The document will also assist detention facilities in developing a complete and supportable proposal. Please complete the green cells, as needed.

PURPOSE
The purpose of this document is to provide a clear and consistent framework for providing pricing information for ICE detention facilities. Criteria used to evaluate fixed per diem rates based on actual and allowable costs will be in accordance with the Federal Acquisition Regulations ("FAR") for contracts with private vendors. We recommend that personnel completing this document are well trained to ensure compliance with the applicable portions of the FAR and the Service Contract Act.

SCHEDULES TO BE COMPLETED
Only the GREEN highlighted field can be modified by the preparers.  All other fields have been locked, and the password will not be provided to the preparers.  The following is a listing of tabs or schedules included in this document and a brief overview of each:

(1) Cover Page - This includes a summary of the outputs from the various cost categories that are covered on the back tabs, as well as the basic information about the facility in order to identify it. Preparer must complete the G&A, profit percentages, and proposed pricing(s) in this sheet.

(2) Staffing -  There are two parts in this tab, Staffing (Part 1) and Benefits (Part 2). Part 2 allows for all Benefits to be entered, as needed.

(2.1) Staffing -  Provide list of employees for Ordering Years 1 through 5. Complete the green cells, as needed.

(3) Expenses - There are six sections, Section 1 - Facility Costs / Other Direct Costs, Section 2 - Contract Services, Section 3 - Medical Staff  (includes dental and mental health), Section 4 - Depreciation Expense, Section 5 - Cost of Money, and Section 6 - One-time Charges.

(4) Transportation - There are five sections, Section 1 - Calculation of Total Transportation Price and listing of Transportaion Officer's Hourly rate and Overtime, Section 2 - Transportation Subcontracts, Section 3 - Vehicle Mileage, Section 4 - Itemized Vehicle Charge, Section 5 - Staffing and Benefits.