EXHIBIT C

| | Total Other Direct Costs | $ | 3,699,765.00 | | |
|---|---|---|---|---|---|

**Other Direct Charges Instructions**

Enter the information by category into the light blue cells below, itemizing where prompted. If medical care at the facility is provided by a subcontractor, do not enter costs for medical supplies and equipment (which should be included in the medical subcontract). Credits are defined as overpayments the Government has made in the past year, which should be subtracted from the overall contract cost in the current period. Cells in Column E will turn red if costs have increased more than 10% in the last year, and the Government may require further documentation to justify these increases.

| | Current year | | Prior year | | % change |
|---|---|---|---|---|---|
| Administration/Management fee | $ | 3,305,165.00 | $ | 3,304,915.00 | 0% |
| Food and kitchen supplies | | | | | 0% |
| Detainee welfare* | $ | 371,350.00 | $ | 358,000.00 | 4% |
| IT | | | | | 0% |
| Telecom | $ | 11,250.00 | $ | 16,680.00 | -33% |
| Medical supplies and equipment | $ | 12,000.00 | $ | 15,000.00 | -20% |
| Recreation | | | | | 0% |
| Education | | | | | 0% |
| Credits | | | | | 0% |
| Detention Officers' uniform allowance | | | | | 0% |

*For items with an asterisk, please provide itemized charges in the space provided below

## Detainee welfare and supplies

**Welfare and supplies Instructions**

For detainee supplies and welfare, itemize by category (toiletries, linens, etc.) for the current and prior period.

| Description | Current year | | Prior year | | % change |
|---|---|---|---|---|---|
| Bedding and Personal Care | $ | 371,350.00 | $ | 358,000.00 | 4% |
| | | | | | 0% |
| | | | | | 0% |
| | | | | | 0% |
| | | | | | 0% |
| | | | | | 0% |
| Total | $ | 371,350.00 | $ | 358,000.00 | 4% |