Jacqueline Stevens

                    Plaintiff,

v.                                    Case No.: 1:20–cv–02725
                                    Honorable Mary M.
                                    Rowland

United States Department of Homeland Security,
et al.

                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 30, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: This case is reinstated based on the status reports filed by Plaintiff. [117]. In person status hearing set for 8/3/26 at 11:00 AM. The parties are to make every effort to resolve and/or narrow the issues in this 2020 case. The Court is beyond frustrated. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.